ACCEPTED
15-24-00107-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/24/2025 2:07 PM
CHRISTOPHER A. PRINE
CLERK

# No. 15-24-00107-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/24/2025 2:07:02 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS
## FOR THE FIFTEENTH JUDICIAL DISTRICT
## AUSTIN, TEXAS

### IN RE BREWER FOUNDATION

Petition for Writ of Mandamus from the 201st District Court
of Travis County, Texas, Cause No. D-1-GN-24-005018

### School Districts' Notice of Change of Lead Counsel, Appearance, and Withdrawal

TO THE HONORABLE THIRTEENTH COURT OF APPEALS:

Pursuant to Rule 6.1(c) of the Texas Rules of Appellate Procedure, the school districts who are Real Parties in Interest ("School Districts") file this Notice of Change of Lead Counsel, Appearance, and Withdrawal.

Kevin O'Hanlon of O'Hanlon, Demerath & Castillo hereby enters his appearance as lead counsel for School Districts. Mr. O'Hanlon is replacing Mr. David Campbell as lead counsel.

David Campbell is withdrawing as counsel and consents to be replaced by Kevin O'Hanlon, of the same firm, for School Districts in this cause.

Respectfully submitted,

*/s/ Kevin O'Hanlon*
Kevin O'Hanlon

State Bar No. 15235500
*kohanlon@808west.com*
O'Hanlon, Demerath & Castillo
808 West Avenue
Austin, TX 78701
Tel: (512) 494-9949
Fax: (512) 494-9919


*/s/ David Campbell*
David Campbell
Texas Bar No. 24057033
*dcampbell@808west.com*
O'Hanlon, Demerath & Castillo
808 West Avenue
Austin, TX 78701
Tel: (512) 494-9949
Fax: (512) 494-9919

*Counsel for Real Parties in Interest*

## CERTIFICATE OF SERVICE

Pursuant to Tex. R. App. P. 9.5(e), an automated certificate of service will be generated when this document is e-filed.

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kathryn French on behalf of Kevin O'Hanlon
Bar No. 15235500
kfrench@808west.com
Envelope ID: 96576952
Filing Code Description: Other Document
Filing Description: RPI School District's Notice of Lead Counsel
Status as of 1/24/2025 2:21 PM CST

Associated Case Party: Brewer Foundation

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Copy Center | | CopyCenter@brewerattorneys.com | 1/24/2025 2:07:02 PM | SENT |
| William Ford | | wjf@brewerattorneys.com | 1/24/2025 2:07:02 PM | SENT |
| Annette Macias | | acm@brewerattorneys.com | 1/24/2025 2:07:02 PM | SENT |
| Joshua H.Harris | | jharris@brewerattorneys.com | 1/24/2025 2:07:02 PM | SENT |
| Polina DeClue | | pmd@brewerattorneys.com | 1/24/2025 2:07:02 PM | SENT |

Associated Case Party: Mike Morath

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kelsey Warren | | kelsey.warren@oag.texas.gov | 1/24/2025 2:07:02 PM | SENT |
| Marlayna Ellis | | marlayna.ellis@oag.texas.gov | 1/24/2025 2:07:02 PM | SENT |

Associated Case Party: Pecos-Barstow-Toyah Independent School, et al.  District

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Lea Ohrstrom | | lohrstrom@808west.com | 1/24/2025 2:07:02 PM | SENT |
| Kathryn French | | kfrench@808west.com | 1/24/2025 2:07:02 PM | SENT |
| David J.Campbell | | dcampbell@808west.com | 1/24/2025 2:07:02 PM | SENT |
| Kevin O'Hanlon | | kohanlon@808west.com | 1/24/2025 2:07:02 PM | SENT |
| Benjamin Castillo | | bcastillo@808west.com | 1/24/2025 2:07:02 PM | SENT |
| Nick Maddox | | nmaddox@808west.com | 1/24/2025 2:07:02 PM | SENT |

Case Contacts

_____

_____

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kathryn French on behalf of Kevin O'Hanlon
Bar No. 15235500
kfrench@808west.com
Envelope ID: 96576952
Filing Code Description: Other Document
Filing Description: RPI School District's Notice of Lead Counsel
Status as of 1/24/2025 2:21 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Dana Orsini | | dana.orsini@solidcounsel.com | 1/24/2025 2:07:02 PM | SENT |
| Joseph Baker | | joe.baker@solidcounsel.com | 1/24/2025 2:07:02 PM | SENT |

Associated Case Party: Brandon Hodges, et al.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Walker Young | | walker.young@solidcounsel.com | 1/24/2025 2:07:02 PM | SENT |
| Joseph A.Baker | | joe.baker@solidcounsel.com | 1/24/2025 2:07:02 PM | SENT |

Associated Case Party: Idea Public Schools

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Joseph E.Hoffer | | jhoffer@slh-law.com | 1/24/2025 2:07:02 PM | SENT |
| Elizabeth Angelone | | eangelone@slh-law.com | 1/24/2025 2:07:02 PM | SENT |
| Justin Wood | | jwood@slh-law.com | 1/24/2025 2:07:02 PM | SENT |
| Nanette Gardipee | | ngardipee@slh-law.com | 1/24/2025 2:07:02 PM | SENT |